1 | EMILY COSTIN (SBN 240414)
**ALSTON & BIRD LLP**
2 | 950 F Street, NW
Washington, DC  20004
3 | Telephone:  202-239-3695
Facsimile:  202-239-3333
4 | E-mail:  emily.costin@alston.com

5 | ELIZABETH A. SPERLING (SBN 231474)
**ALSTON & BIRD LLP**
6 | 333 South Hope Street, 16th Floor
Los Angeles, CA  90071-1410
7 | Telephone:  213-576-1000
Facsimile:  213-576-1100
8 | E-mail:  elizabeth.sperling@alston.com

9 | Attorneys for Defendants
CIGNA HEALTH CORPORATION
10 | CONNECTICUT GENERAL LIFE INSURANCE COMPANY

11 |

12 | **UNITED STATES DISTRICT COURT**

13 | **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CREATIVE CARE, INC., | Case No.  2:16-cv-09056-DMG-AGR |
| Plaintiff, | Assigned to: Hon. Dolly M. Gee |
| v. | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6)** |
| CIGNA HEALTH CORPORATION, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, and DOES 1 through 20, Inclusive, | [Filed concurrently with Memorandum of Points and Authorities; Proposed Order] |
| Defendants. | Date: June 2, 2017<br>Time: 9:30 a.m.<br>Dept.: Courtroom 8C, 8th Floor |
| | Complaint Filed: December 6, 2016 |

**TO THE HONORABLE COURT, ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THIS COURT:**

PLEASE TAKE NOTICE THAT on Friday, June 2, 2017 at 9:30 a.m. at the United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor, or as soon thereafter as the matter may be heard, Defendants Cigna Health Corporation and Connecticut General Life Insurance Company (collectively, "Cigna" or "Defendants") will move this Honorable Court for an order dismissing the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

The Complaint should be dismissed because Plaintiff, a health care provider, lacks standing to bring this lawsuit under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). Plaintiff is not a statutory "beneficiary" within the meaning of ERISA's enforcement provisions and, therefore, cannot bring claims for benefits on its own behalf. <u>D.B. Healthcare, LLC v. Blue Cross Blue Shield of Arizona, Inc.</u>, ——F.3d ——, 2017 WL 1075050, *4 (9th Cir. Mar. 22, 2017). In addition, Plaintiff has not sufficiently pled that it was "assigned" the rights to bring the ERISA § 502(a)(1)(B) claim asserted in this lawsuit.

Moreover, even if Plaintiff had the requisite right to sue, the Complaint should be dismissed for failure to state a plausible claim under ERISA. <u>See</u> <u>Bell Atl. Corp. v. Twombly</u>, 550 U.S. 544, 570 (2007). Plaintiff fails to identify the specific employee benefit plans or the terms of the plans purportedly at issue. Further, Plaintiff has failed to exhaust its administrative remedies under ERISA, which is required in this Circuit.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on April 24, 2017. Despite meeting and conferring with Plaintiff's counsel regarding this Motion, Plaintiff was unwilling to amend or dismiss the action, necessitating the instant Motion.

This Motion is based upon this Notice of Motion and Motion; the concurrently filed Memorandum of Points and Authorities; all pleadings on record in

-1-

1    this case; and upon such other and further evidence and matters that the Court may

2    properly consider.

3

4    DATED:  May 1, 2017                        Respectfully submitted,

5                                                **ALSTON & BIRD LLP**

6                                                By: */s/ Emily S. Costin*
                                                     Emily S. Costin (State Bar No. 240414)
7                                                     950 F St., NW
                                                     Washington, DC 20004
8                                                     Telephone: (202) 239-3300
                                                     Facsimile:  (202) 239-3333
9                                                     Emily.costin@alston.com

10                                               and

11                                                   Elizabeth Sperling
                                                     (State Bar No. 231474)
12                                                   333 South Hope Street, 16th Floor
                                                     Los Angeles, CA  90071-1410
13                                                   Telephone:  213-576-1000
                                                     Facsimile:  213-576-1100
14                                                   Elizabeth.sperling@alston.com

15                                               *Counsel for Defendants*

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2017 I caused a copy of **DEFENDANTS'
NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO F.R.C.P.
12(b)(6)** to be served upon counsel in the manner described below:

Via the Court's CM/ECF system:

Gary L Tysch
Law Offices of Gary L Tysch
16133 Ventura Boulevard Suite 580
Encino, CA 91436-2411
Telephone: 818-995-9555
Facsimile: 818-995-9550
gltysch@pacbell.net

*Counsel for Plaintiff*
CREATIVE CARE, INC.

/s/ Elizabeth A. Sperling
Elizabeth A. Sperling
Attorneys for Defendants
CIGNA HEALTH CORPORATION and
CONNECTICUT GENERAL LIFE INSURANCE COMPANY