UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 16-9056-DMG (AGRx)** | | Date | May 16, 2017 |
|---|---|---|---|---|
| Title | *Creative Care, Inc. v. Connecticut General Life Insurance Company, et al.* | | Page | 1 of 1 |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS – ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT [20]**

On May 12, 2017, Plaintiff filed a First Amended Complaint ("FAC") as a matter of course under Rule 15(a). [Doc. # 22.] See Fed. R. Civ. P. 15(a)(1)(B) ("A party may amend its pleading once as a matter of course within . . . 21 days after service of a motion under Rule 12(b) . . . ."). In light of the foregoing, Defendants' motion to dismiss [Doc. # 20], filed on May 1, 2017, is DENIED as moot. The June 2, 2017 hearing on that motion is VACATED.

IT IS SO ORDERED.