# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE CARE, INC.,<br><br>     Plaintiff,<br><br>     v.<br><br>CIGNA HEALTH CORPORATION, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, and DOES 1 through 20, Inclusive,<br><br>     Defendants. | Case No.: CV 16-9056-DMG (AGRx)<br><br>**ORDER APPROVING JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [130]** |

1         The parties herein, Defendants and Counterclaim-Plaintiffs Cigna Health Corporation and Connecticut General Life Insurance Company ("Cigna") and Plaintiff and Counterclaim-Defendant Creative Care, Inc. ("CCI"), by and through their counsel of record, have advised the Court that the above-captioned action is settled. Further, the parties have stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismiss with prejudice the Complaint and Counterclaim in this action. Each party has agreed to bear its own attorneys' fees and costs.

        Based on the stipulation of the parties and good cause appearing therefor,

        IT IS HEREBY ORDERED that the above-captioned action, including the Complaint and Counterclaim, is dismissed with prejudice, each party to bear its own attorneys' fees and costs. All claims that have or could have been asserted by the Parties in the above-captioned litigation are hereby ordered dismissed with prejudice, pursuant to the stipulation.

**IT IS SO ORDERED.**

DATED: March 5, 2020

                                      _____
                                      DOLLY M. GEE
                                      UNITED STATES DISTRICT JUDGE